Case 4:16-cr-00099   Document 184   Filed on 07/14/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS. § | CRIMINAL ACTION H-16-99-5 |
| § § | |
| JAMES HENDERSON *in custody* § | |

### ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of James Henderson and find him guilty of Counts 5, 6, and 7 of the Indictment charging him with: (1) aiding and abetting the interference with commerce by robbery in violation of 18 U.S.C. §§ 1951(a) and 2 (Count 6); (2) aiding and abetting the using and brandishing a firearm during a crime of violence (interference with commerce by robbery) in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 (Count 5) and (3) aiding and abetting the using and discharging a firearm during a crime of violence (interference with commerce by robbery) in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2 (Count 7) . No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, James Henderson, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

The defendant, James Henderson, is **GUILTY** of the offenses of aiding and abetting the interference with commerce by robbery in violation of 18 U.S.C. §§ 1951(a) and 2 (Count 6); aiding and abetting the using and brandishing a firearm during a crime of violence (interference with commerce by robbery) in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 (Count 5); and (3) aiding and abetting the using and discharging a firearm during a crime of violence (interference with commerce by robbery) in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2 (Count 7).

Signed at Houston, Texas on July 14, 2017.

_____
Gray H. Miller
United States District Judge